Kristol Bradley Ginapp
Nevada Bar No. 8468
Email: kristol.ginapp@bullivant.com
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada  89169
Telephone: 702.669.3600
Facsimile: 702.650.2995

David B. Markowitz, Oregon Bar No. 742046
DavidMarkowitz@MHGM.com
(admitted *pro hac vice*)
Peter H. Glade, Oregon Bar No. 790480
PeterGlade@MHGM.com
(admitted *pro hac vice*)
Chad M. Colton, Oregon Bar No. 065774
ChadColton@MHGM.com
(admitted *pro hac vice*)
MARKOWITZ, HERBOLD, GLADE
  & MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Telephone:  (503) 295-3085
Facsimile:  (503) 323-9105

Attorneys for Defendants
Progressive Direct Insurance Company and
Progressive Casualty Insurance Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ADAM N. PARKS, individually, and on behalf of others similarly situated,<br><br>                                        Plaintiff,<br>   v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY d/b/a PROGRESSIVE DIRECT; PROGRESSIVE CASUALTY INSURANCE COMPANY; and DOES I-V and ROES VI-X, inclusive,<br><br>                                        Defendants. | Case No.: 2:11-CV-00833-PMP-PAL<br><br>**STIPULATED DISMISSAL AND GENERAL JUDGMENT OF DISMISSAL** |

**STIPULATED DISMISSAL AND GENERAL JUDGMENT OF DISMISSAL**

## STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. P. 41, plaintiff Adam Parks and defendants Progressive Direct Insurance Company and Progressive Casualty Company, by and through their respective attorneys, hereby stipulate that plaintiff's claims for relief are dismissed with prejudice and without fees or costs to any party and that the Court may enter a General Judgment of Dismissal of this case.

DATED this 7th day of November, 2011.

IT IS SO STIPULATED:

MARKOWITZ, HERBOLD, GLADE
  & MEHLHAF, P.C.

JESSE SBAIH & ASSOCIATES, LTD

*/s/ Peter H. Glade*

By: _____
    Peter H. Glade, Oregon Bar No. 790480
    PeterGlade@MHGM.com
    (admitted *pro hac vice*)

    Attorneys for Defendants
    Progressive Direct Insurance Company and
    Progressive Casualty Insurance Company

*/s/ Jesse M. Sbaih*

By: _____
    Jesse M. Sbaih Esq., Bar No. 7898
    jsbaih@sbaihlaw.com

    Attorneys for Plaintiff Adam Parks

## GENERAL JUDGMENT OF DISMISSAL

Based on the parties' Stipulated Dismissal, it is hereby **ORDERED AND ADJUDGED** that all claims and defenses in this case are dismissed with prejudice and without fees or costs to any party.

_____
**DISTRICT COURT JUDGE**

**DATED:** November 8, 2011.
_____

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2011, I have made service of the foregoing **STIPULATED DISMISSAL AND GENERAL JUDGMENT OF DISMISSAL** on the party/ies listed below in the manner indicated:

Jesse M. Sbaih
Ines Olevic-Saleh
Jesse Sbaih & Associates, Ltd.
170 South Green Valley Parkway, Suite 280
Henderson, NV  89102

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email
☒ Electronically via USDC CM/ECF system

Robert W. Cottle
Brandon J. Squires
The Cottle Firm
375 North Stephanie Street, Suite 2213
Henderson, NV  89014

DATED this 7th day of November, 2011.

*/s/ Peter H. Glade*

_____
Peter H. Glade, Oregon Bar No. 790480
PeterGlade@MHGM.com
(admitted *pro hac vice*)

Attorneys for Defendants Progressive Direct Insurance Company and Progressive Casualty Insurance Company

**CERTIFICATE OF SERVICE**